AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CHARLES F. GILBERT and SANDRA D. GILBERT

V.

BMO HARRIS, N.A.; NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER; AMERICAN HONDA FINANCE CORPORATION; FORD MOTOR CREDIT COMPANY LLC, D/B/A LINCOLN AUTOMOTIVE FINANCIAL SERVICES; TAMMAC HOLDINGS CORPORATION, D/B/A TAMMAC FINANCIAL; WELLS FARGO BANK, N.A.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC

CASE NUMBER: 1:19-cv-01686

ASSIGNED JUDGE: Hon. John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: Hon. Mary M. Rowland

TO: (Name and address of Defendant)

WELLS FARGO BANK, N.A.
101 N. PHILLIPS AVE.
SIOUX FALLS, SD 57104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Majdi Y. Hijazin
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

March 11, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/15/19 @ 2:53 PM |
| NAME OF SERVER (PRINT) Richard Rober | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: Wells Fargo Bank, N.A. - Tre Moody accepted service as the personal Banker. 101 N. Phillips Ave., Sioux Falls, SD 57104
Documents Served: Summons, Complaint, Notification of Docket Entry, Amended Standing order Regarding mandatory initial Discovery pilot project

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/19
            Date             Signature of Server

2522 W. 41st St. #213, Sioux Falls, SD 57105
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.