AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CHARLES F. GILBERT and SANDRA D. GILBERT

V.

BMO HARRIS, N.A.; NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER; AMERICAN HONDA FINANCE CORPORATION; FORD MOTOR CREDIT COMPANY LLC, D/B/A LINCOLN AUTOMOTIVE FINANCIAL SERVICES; TAMMAC HOLDINGS CORPORATION, D/B/A TAMMAC FINANCIAL; WELLS FARGO BANK, N.A.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC

CASE NUMBER: 1:19-cv-01686

ASSIGNED JUDGE: Hon. John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: Hon. Mary M. Rowland

TO: (Name and address of Defendant)

AMERICAN HONDA FINANCE CORPORATION
c/o REGISTERED AGENT
C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Majdi Y. Hijazin
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



March 11, 2019

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-01686

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles & Sandra Gilbert v American Honda Finance Corp.
was received by me on *(date)* 03/11/2019 .

☐ I personally served the summons on the individual at *(place)* 208 S. LaSalle, Suite 814, Chicago, IL 60604
    on *(date)*            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*                , a person of suitable age and discretion who resides there,
    on *(date)*            , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Derrick Hackett            , who is designated by law to accept service of process on behalf of *(name of organization)*
American Honda Finance Corp.            on *(date)* 03/19/2019 ; or

☐ I returned the summons unexecuted because                ; or

☐ Other *(specify)*:

My fees are $        for travel and $        for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/19/2019

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

R.O.S. Consulting, Inc. - 117-001339
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: