# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Charles F. Gilbert, et al.
                              Plaintiff,

v.                                              Case No.: 1:19−cv−01686
                                                       Honorable John Robert Blakey

BMO Harris, N.A., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Defendant's unopposed motion for an extension of time to file answer [16] is granted. Any answer shall be filed on or before 4/24/2019. Initial status hearing previously set for 4/25/2019 is reset for 5/8/2019 at 9:45 a.m. in Courtroom 1203. Joint status report shall be filed on or before 4/29/2019. Motion hearing set for 4/9/2019, is stricken. Elizabeth Ireland and Kobi Brinson's motions for leave to appear pro hac vice [18] and [20] are granted. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.