# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLES F. GILBERT and SANDRA D. GILBERT, <br><br> Plaintiffs, <br><br> v. <br><br> BMO HARRIS, N.A.; NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER; AMERICAN HONDA FINANCE CORPORATION; FORD MOTOR CREDIT COMPANY LLC, D/B/A LINCOLN AUTOMOTIVE FINANCIAL SERVICES; TAMMAC HOLDINGS CORPORATION, D/B/A TAMMAC FINANCIAL; WELLS FARGO BANK, N.A.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 1:19-cv-01686 <br><br> Judge John Robert Blakey |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 18, 2019, at 9:45 a.m., I will appear before the Honorable John Robert Blakey, Courtroom 1203, located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint.

Dated: April 9, 2019

Respectfully submitted,

Ford Motor Credit Company LLC

By: /s/Susan E. Groh
     One of Its Attorneys

Susan E. Groh
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818

Telephone: (312) 849-8100
Facsimile: (312) 849-3690
sgroh@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 9, 2019, a copy of the foregoing document was filed in the United States District Court for the Northern District of Illinois via the Court's electronic filing system and that this document has been sent to all counsel of record via the Court's electronic filing system.

            /s/Susan E. Groh
            Susan E. Groh