UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Charles F. Gilbert, et al.
                            Plaintiff,
v.                                          Case No.: 1:19−cv−01686
                                            Honorable John Robert Blakey
BMO Harris, N.A., et al.
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2019:

    MINUTE entry before the Honorable John Robert Blakey: Defendants' unopposed motions for extension of time [24] and [32] are granted. Defendant's answers or other responsive pleadings shall be filed on or before 4/30/2019. Motion hearings set for 4/16/2019 and 4/18/2019, are stricken. All other deadlines and hearings to stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.