## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Charles F. Gilbert, et al.
                                  Plaintiff,

v.                                                                Case No.: 1:19−cv−01686
                                                                Honorable John Robert Blakey

BMO Harris, N.A., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Defendant's unopposed motion for extension of time to file answer [60] is granted. BMO Harris shall file any answer on or before 6/3/2019. Motion hearings set for 5/23/2019 and 5/30/2019 are stricken. Status hearing previously set for 5/29/2019 is reset for 6/5/2019 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.